UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

In Re: Jimmy Shoemake SSN xxx-xx-6580                                    CASE NO. 00-07154-8-SWH
      11281 Andrew Jackson Hwy.
      Laurinburg, NC 28352
         Debtor

## REPORT OF SMALL DIVIDENDS

The undersigned Trustee respectfully reports and represents:

Pursuant to Rule 3010 of the Rules of Federal Procedure, below is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate.

| Claim No. | Name and Last known address of Claimant | Amount of Dividend |
|---|---|---|
| | Janifer Shoemake, 7004 Greenfern Lane, Jacksonville, FL 32277 | 1.05 |
| | | |

This the 19th day of January, 2010.

                                                  S/Michael P. Peavey
                                                  MICHAEL P. PEAVEY
                                                  Chapter 7 Trustee
                                                  State Bar No. 6330
                                                  Post Office Box 1115
                                                  Wilson, North Carolina 27894-1115
                                                  Telephone:  (252) 291-8020

CERTIFICATE OF SERVICE

I, Michael P. Peavey of Post Office Box 1115, Wilson, North Carolina 27893; certify

THAT I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

THAT on the 19th day of January, 2010, I served a copy of the attached Report of Small Dividends on those listed below at their respective addresses as set forth below, by depositing copies of the said Report in an envelope with adequate postage thereon addressed as set forth below, in a depository of the United States Postal Service:

>   Marjorie K. Lynch
>   Bankruptcy Administrator
>   P.O. Box 3758
>   Wilson, NC 27894

I certify under penalty of perjury that the foregoing is true and correct.

>   S/Michael P. Peavey
>   MICHAEL P. PEAVEY
>   Chapter 7 Trustee
>   State Bar No. 6330
>   Post Office Box 1115
>   Wilson, North Carolina 27894-1115
>   Telephone: (252) 291-8020