UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE: Jimmy Shoemake SSN xxx-xx-6580                    CASE NO. 00-07154-8-SWH
        11281 Andrew Jackson Hwy.
        Laurinburg, NC 28352
            Debtor

## REPORT OF UNCLAIMED FUNDS

The undersigned Trustee respectfully reports and represents:

Pursuant to Rule 3011 of the Rules of Federal Procedure, below is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate.

| Claim No. | Name and Last known address of Claimant | Amount of Dividend |
|---|---|---|
| 8 | Discover Bank, P. O. Box 6011, Dover, DE 19903-6011 | 527.79 |
| 9 | First USA Bank, P. O. Box 8650, Wilmington, DE 19886 | 10503.03 |
| 13 | The Associates, P. O. Box 9367, Des Moines, IA 50306 | 6227.93 |

This the 27th day of May, 2010.

                                                 S/Michael P. Peavey
                                                MICHAEL P. PEAVEY
                                                Chapter 7 Trustee
                                                State Bar No. 6330
                                                Post Office Box 1115
                                                Wilson, North Carolina 27894-1115
                                                Telephone:  (252) 291-8020

CERTIFICATE OF SERVICE

I, Michael P. Peavey of Post Office Box 1115,  Wilson, North Carolina 27893; certify

THAT I am, and at all times hereinafter mentioned was, more than eighteen (18) years of

age;

THAT on the 27th day of May, 2010, I served a copy of the attached Report of Unclaimed

Funds on those listed below at their respective addresses as set forth below, by depositing copies

of the said Report in an envelope with adequate postage thereon addressed as set forth below, in

a depository of the United States Postal Service:

> Marjorie K. Lynch
> Bankruptcy Administrator
> P.O. Box 3758
> Wilson, NC 27894

I certify under penalty of perjury that the foregoing is true and correct.


S/Michael P. Peavey
MICHAEL P. PEAVEY
Chapter 7 Trustee
State Bar No. 6330
Post Office Box 1115
Wilson, North Carolina 27894-1115
Telephone:  (252) 291-8020